UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LUIS ERNESTO MARTINEZ CHICAS,                                     :
                                                                  :
                        Plaintiff,                     :        25-CV-05859 (JAV)
                                                                  :
      -v-                                                         :        ORDER
                                                                  :
PAM BONDI, et al.,                                                :
                                                                  :
                        Defendants.                    :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       In light of the representations made by Respondents (ECF No. 7), it is hereby ORDERED that counsel for all parties appear for a conference with the Court on July 18, 2025, at 9:30 a.m. via Microsoft Teams (Meeting ID: 285 189 691 406 ; Passcode: uE7st3f5) regarding how to move forward with this matter. Specifically, the parties should be prepared to discuss whether Petitioner's Writ of Habeas Corpus (ECF No. 1) and proposed Order to Show Cause are moot.

       All counsel are required to register promptly as filing users on ECF. All counsel must familiarize themselves with the Court's Individual Rules, which are available at http://nysd.uscourts.gov/hon-jeannette-vargas. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

       **Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court**. If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Rules and Practices to that party personally.

       SO ORDERED.

Dated: July 17, 2025
       New York, New York                       _____
                                                      JEANNETTE A. VARGAS
                                                      United States District Judge