UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LUIS ERNESTO MARTINEZ CHICAS, :
:
                Plaintiff, :
: 25-CV-05859 (JAV)
    -v- :
: <u>ORDER</u>
PAM BONDI, et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    As stated on the record during the teleconference held on July 18, 2025:

- The parties were to submit a joint letter by Friday, July 25, 2025, regarding whether Petitioner intends to proceed with his petition, or if Petitioner intends to amend or withdraw. As a courtesy, the Court will grant an extension of this letter, *nunc pro tunc*, to be filed by Tuesday, July 29, 2025.
- If Petitioner intends to proceed with his petition as filed, the Government's Motion to Dismiss shall be due on August 1, 2025. Opposition to the Government's Motion to Dismiss shall be due on August 15, 2025, and replies shall be due by August 22, 2025.

    SO ORDERED.

Dated: July 28, 2025
       New York, New York

                                                                 JEANNETTE A. VARGAS
                                                                 United States District Judge