UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :
LUIS ERNESTO MARTINEZ CHICAS,            :

                           Petitioner,           :          25-CV-05859 (JAV)

           -v-                                     :          <u>ORDER OF DISMISSAL</u>

PAM BONDI, KRISTI NOEM, and TOM LYONS,  :

                         Respondents.     :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       The Petition for Writ of Habeas Corpus in this action was filed July 17, 2025.  *See* ECF No. 1.  On July 28, 2025, the Court directed Petitioner to inform the Court by July 28, 2025, of whether he intends to proceed with his petition, or if he intends to amend or withdraw.  ECF No. 13.  Petitioner's counsel submitted a letter to the Court on July 29, 2025, stating that Petitioner has been deported to Honduras and therefore withdraws his Petition for Writ of Habeas Corpus.  ECF No. 14.

       Accordingly, the Petition is DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

       SO ORDERED.

Dated: July 30, 2025
      New York, New York                                 _____
                                                      JEANNETTE A. VARGAS
                                                      United States District Judge